UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| PAUL RAY BEAVERS, | ) |
| Petitioner, | ) ) ) |
| v. | ) 5:11-cv-04211-LSC-JHE |
| WARDEN LEON FORNISS and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) ) ) ) ) |
| Respondents. | |

MEMORANDUM OF OPINION

On November 17, 2014, the magistrate judge entered a Report and Recommendation, recommending that this petition for writ of habeas corpus be dismissed with prejudice. (Doc. 7.) No objections have been filed. The Court has now considered the entire file in this action, together with the report and recommendation, and has reached the independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the Court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this Court. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

This Court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This Court finds Petitioner's claims do not satisfy either standard.

Done this 12th day of December 2014.

_____
L. Scott Coogler
United States District Judge

[160704]